# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 2:17-cr-3 |
| JASON PAGAN, | |
| Defendant. | |

## O R D E R

On March 17, 2017, counsel for Defendant filed a Notice to Counsel Response. (Doc. 22.) In that Notice, counsel for Defendant advised the Court that all pretrial motions filed in this case as to Defendant Jason Pagan have been resolved.

Accordingly, the Court **DISMISSES AS MOOT** all motions (docs. 16, 17, 18, 19, and 20.) as to Defendant Jason Pagan.

**SO ORDERED**, this 20th day of March, 2017.

R. STAN BAKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA